Case 4:25-cv-04299   Document 16   Filed on 10/30/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHERZOD ASLAMOV, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-4299 |
| | § | |
| WARDEN BRYAN UHLS, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER GRANTING WRIT OF HABEAS CORPUS

Having considered the arguments at the conference on October 27, 2025, and the parties' proposed orders, and for the reasons stated in the memorandum opinion and order entered on October 22, 2025, the Court now **ORDERS** that the Petition for a writ of habeas corpus filed by Sherzod Aslamov, on September 10, 2025 (Dkt 1) is **GRANTED**.

Having granted the petition, the Court orders as follows:

1.  **Within three (3) days** of the issuance of this Order, the respondents must **RELEASE** Sherzod Aslamov from the custody of the Immigration and Customs Enforcement (ICE) **and transport him to a reasonably located public place** from where public transportation is accessible.

2.  The respondents must **NOTIFY** Aslamov's counsel of the exact location and exact time of Aslamov's release, **no less than two (2) hours** before his release.

3.  Aslamov will have a period of **five (5) days** from the date that he is **RELEASED from ICE custody**, in which to **personally appear before the corresponding New York City ICE Field Office**, located at 26 Federal Plaza, New York,

NY 10278 for that field office to place Aslamov in an alternative to detention (ATD) program, such as an electronic GPS ankle bracelet or other ATD monitoring device available to that office.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____October 30_____, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE