UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHERZOD ASLAMOV, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-4299 |
| § | |
| WARDEN BRYAN UHLS, *et al.* § | |
| § | |
| Respondents. § | |

## FINAL JUDGMENT

For the reasons stated in the memorandum opinion and order entered on October 22, 2025, the petition for a writ of habeas corpus filed by Sherzod Aslamov is **GRANTED.** Specific instructions pertaining to Aslamov's release and supervision are set forth in the order entered this day. This judgment does not preclude the parties from seeking post-judgment relief from the Court as appropriate.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on ___October 30___, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1